Submitted on record and briefs March 14, reversed and remanded for a new trial
April 17, 1996

In the Matter of Michael Guilford,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL GUILFORD,
*Appellant.*

(9507-67260; CA A89605)

914 P2d 717

Theresa M. Kohlhoff filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Stephen L. Madkour, Assistant Attorney General, filed the brief for respondent.

Before Richardson, Chief Judge, and Deits and De Muniz, Judges.

PER CURIAM

## PER CURIAM

The allegedly mentally ill person appeals an order of civil commitment under ORS 426.130. She contends, *inter alia*, that the trial court did not adequately advise her of her rights specified in ORS 426.100(1). The state agrees that the court erred; so do we. *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).

Reversed and remanded for a new trial.